UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re ) | Chapter 7, No. 21-50418-JAM |
| ) | |
| DANIEL McGOVERN ) | |
| TESSA McGOVERN ) | |
| ) | |
| Debtors ) | |

## ASSENTED TO MOTION TO EXTEND TIME TO OBJECT TO DEBTORS' DISCHARGE

To the HONORABLE JULIE A. MANNING, Chief Bankruptcy Judge:

Now comes George I. Roumeliotis, the duly appointed, qualified and acting Trustee in the above-captioned proceedings ("Trustee"), and moves this Honorable Court for an Order extending the time for objecting to the Debtors' discharge. In support of this Motion, the Trustee respectfully represents as follows:

1. On June 30, 2021, the above-named Debtors filed a Voluntary Petition under the provisions of Chapter 7 of the Bankruptcy Code, after which the undersigned was appointed as Chapter 7 Trustee for the above-entitled estate.

2. The deadline for objecting to the Debtors' discharge is October 4, 2021. The Trustee has requested certain documentation from the Debtors, including their completion of several years of tax returns that had been unfiled as of the Petition Date. Until the Trustee receives this information, which will assist the Trustee in determining whether any nonexempt assets may exist, the Trustee believes it would be inappropriate for the Debtors to receive a discharge.

3. The Trustee believes that an extension of approximately 2 months, to December 3, 2021, would be appropriate under the circumstances.

1

4. Therefore, the Trustee respectfully requests that the deadline for objecting to the Debtors' discharge be extended to December 3, 2021, and that it apply to the Chapter 7 Trustee and the Office of the U.S. Trustee.

5. As indicated below, the Debtors, through their counsel, assent to the requested relief.

WHEREFORE, the Trustee respectfully requests that the date for objecting to the discharge of the Debtors be extended to December 3, 2021, and that said extension apply to the Chapter 7 Trustee and the Office of the U.S. Trustee.

|  |  |
|---|---|
| | GEORGE I. ROUMELIOTIS, CHAPTER 7 TRUSTEE |
| Dated:  September 28, 2021 | |
| | By: /s/ George I. Roumeliotis |
| | GEORGE I. ROUMELIOTIS, ESQ. (CT17532) |
| | For ROUMELIOTIS LAW GROUP, P.C. |
| | 157 Church Street, 19th Floor |
| | New Haven, CT 06510 |
| | Tel. (203) 580-3355 |
| | george@roumeliotislaw.com |
| | |
| | Assented to: |
| | |
| | DANIEL McGOVERN |
| | TESSA McGOVERN |
| Dated:  September 28, 2021 | |
| | By: /s/ Christopher D. Hite (by GR, duly authorized) |
| | Christopher D. Hite, Esq. |
| | Rosenberg, Whewell & Hite, LLC |
| | 2051 Main Street |
| | Stratford, CT 06615 |
| | Tel. (203) 870-6700 |
| | christopherdhite@gmail.com |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

| | ) | |
|---|---|---|
| In re | ) | Chapter 7, No. 21-50418-JAM |
| | ) | |
| DANIEL McGOVERN | ) | |
| TESSA McGOVERN | ) | |
| | ) | |
| Debtors | ) | |
| | ) | |

## ORDER EXTENDING DEADLINE FOR OBJECTING TO DEBTORS' DISCHARGE

Upon the Assented to Motion of George I. Roumeliotis as Chapter 7 Trustee seeking to extend the deadline for objecting to the discharge of the Debtors, it is hereby

ORDERED, that the deadline for the Chapter 7 Trustee and the Office of the U.S. Trustee to object to the discharge of the Debtors is hereby extended to December 3, 2021.

1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re | Chapter 7, No. 21-50418-JAM |
| DANIEL McGOVERN | |
| TESSA McGOVERN | |
| Debtors | |

## CERTIFICATE OF SERVICE

I, George I. Roumeliotis, Chapter 7 Trustee in the above-referenced case, of 157 Church Street, 19th Floor, New Haven, Connecticut, do hereby certify that on the 28th day of September, 2021, I served a copy of the Assented to Motion to Extend Time to Object to Debtors' Discharge and proposed Order, by first class mail, postage prepaid, to any of the below-listed parties that did not otherwise receive notice thereof through the Court's ECF system, unless otherwise noted:

Kari Mitchell, Esq.
Office of the U.S. Trustee
150 Court Street, Room 302
New Haven, CT  06510

Christopher D. Hite, Esq.
Rosenberg, Whewell & Hite, LLC
2051 Main Street
Stratford, CT 06615
(Debtors' counsel)

Mr. Daniel McGovern
Ms. Tessa McGovern
99 Sturges Highway
Westport, CT  06880

/s/ George I. Roumeliotis
GEORGE I. ROUMELIOTIS, ESQ.
(CT17532)
For ROUMELIOTIS LAW GROUP, P.C.
157 Church Street, 19th Floor
New Haven, CT 06510
Tel. (203) 580-3355
george@roumeliotislaw.com

1